FILED
2007 May-03 PM 02:40
U.S. DISTRICT COURT
N.D. OF ALABAMA

IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ALABAMA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| vs. | ) | MAG 07-110-4 |
| | ) | |
| RANDALL GARRETT COLE, | ) | |
| | ) | |
| Defendant. | ) | |

MOTION TO RECONSIDER DETENTION
AND
GRANT DEFENDANT RANDALL GARRETT COLE BOND

  Comes now James E. Harris as attorney for Defendant, Randall Garrett Cole and moves this Honorable Court to review the Detention Order of May 2, 2007 as provided in *United States v. Angiulo*, 755 F.2d 969 and states as grounds the following:

  1. ATF Agent Nesmith provided all the testimony and evidence at the detention hearing on behalf of the U.S. Government.

  2. ATF Agent Nesmith testified that Defendant Cole was on video tape welding the holes in eleven dummy hand grenades and that Cole also had two other dummy grenades on another occasion.

  3. ATF Agent Nesmith stated that Defendant Cole was a Lieutenant in the Militia but admitted that the rank did not appear to have any significance.

  4. ATF Agent Nesmith admitted that there was no evidence that Defendant Cole was ever:

    (a) Present when a complete grenade was present or when grenades were being made or assembled.

    (b) Present when any of the weapons that were seized and used as evidence at the hearing were available.

    (c) Present when any discussion about attacking Hispanics in Remlap,

      Alabama or any one else took place.

   (d) Heard making any threats of violence or plans of violence.

   (e) In possession of a firearm, explosive powder, bomb making material or literature.

     5.    The Government presented no evidence through Agent Nesmith that Defendant Cole had a weapon, explosives or access to them. ATF Agent Nesmith further admitted that the unannounced raid and search of the house where Defendant Cole lived with his father and brother produced no weapons, ammunition, black powder or any contraband of any type. This would certainly show that Defendant Cole had no desire "to shoot any federal agent that appeared."

     6.    Defendant Cole proffered to the Court without any exception from the Government that Defendant Cole could continue to live with his father, that he was gainfully employed, that he had neighbors supporting him and that he did not own or possess a firearm. It is not possible to harm anyone in the public with a firearm or explosives unless you possess or have access to same. The testimony was that all recovered guns and explosives were in a hidden cache or the houses of other Defendants all of which were in another county from this Defendant.

     7.    The Detention Statute requires clear and convincing evidence that no condition or combination of conditions will reasonably assure the safety of any other person or the community. There has been no such clear and convincing evidence as it applies to this Defendant. To hold this defendant without bond is to do so on the basis of the charge against him and to do so is a presumption of guilt.

     WHEREFORE, Defendant prays that this Honorable Court will reconsider the lack of any evidence of violence of the part of the Defendant, his clean record of arrest and the lack of any evidence being presented that Defendant Cole is a danger to society and grant him a Bond so that he may return to work, his family and prepare a defense to the charge against him. It is a matter of simple justice!

                              Respectfully submitted,

                              _____

                              s/ JAMES E. HARRIS
                              BAR NO.: ASB-2694-S80J

Attorney for Defendant Randall G. Cole

Of Counsel:
HARRIS LAW FIRM
Civic Center Executive Suites
1117 21st Street North
Birmingham, Alabama 35234
Telephone (205) 322-5800
Fax (205) 322-5829
E-mail:  jehasoc@bellsouth.net

CERTIFICATE OF SERVICE

    I hereby certify that on _____, 2007, I electronically filed the foregoing pleading with the U.S. District Court Clerk using the CM/ECF system which will send notification of such filing to the following parties:

| | |
|---|---|
| James Scott Boudreaux | jscottbx@aol.com |
| Donald L Colee , Jr. | dcolee@bham.rr.com |
| Enid Elizabeth Dean | Enid.Dean@usdoj.gov |
| Howard H Dodd , Jr. | hube@rjaffelaw.com |
| Alice H Martin | usa-aln-ecf-usa@usdoj.gov |
| Gregory J Reid | gregreidatty@bellsouth.net |

_____<br>s/ JAMES E. HARRIS