IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CASE NO.   4:07-CR-145-UWC-RRA |
| | ) | |
| ADAM LYNN CUNNINGHAM,<br>RAYMOND KIRK DILLARD,<br>aka JEFF OSBORNE, RANDALL HAYES,<br>   JOHN DILLARD,<br>JAMES RAY McELROY<br>aka JAY McELROY,<br>BONNELL HUGHES,<br>aka BUSTER HUGHES,<br>RANDALL GARRETT COLE,<br>aka RANDY COLE | ) | |

## NOTICE OF ARRAIGNMENT

**TAKE NOTICE** that **ARRAIGNMENT** has been set at HUGO L. BLACK U.S. COURTHOUSE, 1729 5th Avenue North, Birmingham, Alabama, on **Thursday, May 17, 2007, at 9:30 a.m. before U. S.  Magistrate Judge Robert R. Armstrong, Jr.,** for you to appear and answer any charges against you as described in the Indictment.

Sharon N. Harris, Clerk

By:   /s/ D. Cooper
Deputy Clerk

Date:       May 7, 2007

James Scott Boudreaux, Esq.
Howard H. Dodd, Jr., Esq.
Donald L. Colee, Jr., Esq.
James E. Harris, Esq.

Gregory J. Reid, Esq.