IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) CASE NO.: 4:07-CR-00145-UWC-RRA |
| | ) |
| RANDALL GARRETT COLE, | ) |
| | ) |
| Defendant. | ) |

### DEFENDANT'S REQUEST FOR DISCLOSURE

The Defendant hereby requests that the government:

X  A. Permit defendant to inspect and copy or photograph all statements of the defendant provided in the Federal Rules of Criminal Procedure, Rule 16(a)(1)(A).

X  B. Furnish defendant with a copy of defendant's prior criminal record as provided in the Federal Rules of Criminal Procedure, Rule 16(a)(1)(B).

X  C. Permit defendant to inspect and copy or photograph all documents and tangible objects as provided in the Federal Rules of Criminal Procedure, Rule 16(a)(1)(C).

X  D. Permit defendant to inspect and copy or photograph all results or reports of examinations, tests, and experiments as provided in the Federal Rules of Criminal Procedure, Rule 16(a)(1)(D).

X  E. Provide defendant with all exculpatory or otherwise favorable information as provided in cases such as Brady v. Maryland; Giles v. Maryland, Giglio v. United States and Williams v. Dutton.

X  F. Furnish defendant with a copy of all statements of government witnesses as provided in 18 U.S.C. 3500.

X  G. (Special discovery requests)

(1) At Detention Hearing ATF Agent Adam Nesmith testified that a confidential informant had recorded conversations with Defendant Randall Cole, please produce all such recordings and transcripts of said recordings both audio and video.

(2) Further produce all video and/or audio recordings and transcripts of the confidential informant and the other (5) co-defendants.

(3) Produce all audio and video recording and transcripts made by confidential informant of any other person specifically Bill Hudson who is described by ATF Agent Nesmith as a "Colonel".

(4) A list of names of all officers and agents including their badge numbers and the police agencies they are employed by, that participated in the arrest of Randall Cole and the search of his house at 8699 Scenic Highway, Gadsden, Alabama 35904 on April 26, 2007.

Date Signed: May 17, 2007

Date Served: May 17, 2007

                              Respectfully submitted,

                              s/ JAMES E. HARRIS
                              BAR NO.: ASB-2694-S80J
                              Attorney for Defendant Randall G. Cole

Of Counsel:
HARRIS LAW FIRM
Civic Center Executive Suites
1117 21st Street North
Birmingham, Alabama 35234
Telephone (205) 322-5800
Fax (205) 322-5829
E-mail:  jehasoc@bellsouth.net

<u>CERTIFICATE OF SERVICE</u>

    I hereby certify that on May 17, 2007, I electronically filed the foregoing pleading with the U.S. District Court Clerk using the CM/ECF system which will send notification of such filing to the following parties:

| | |
|---|---|
| James Scott Boudreaux | jscottbx@aol.com |
| Donald L Colee , Jr. | dcolee@bham.rr.com |
| Enid Elizabeth Dean | Enid.Dean@usdoj.gov |
| Howard H Dodd , Jr. | hube@rjaffelaw.com |
| Alice H Martin | usa-aln-ecf-usa@usdoj.gov |
| Gregory J Reid | gregreidatty@bellsouth.net |

<u>s/ JAMES E. HARRIS</u>