UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF ALABAMA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | **DEFENDANT'S OBJECTIONS TO** |
| vs. ) | **PRESENTENCE INVESTIGATION** |
| ) | **REPORT** |
| RANDALL GARRETT COLE ) | |
| aka "Randy Cole" ) | Docket No.:   4:07-CR-145-UWC-RRA |
| ) | (05) |

| | |
|---|---|
| Prepared For: | The Honorable U.W. Clemon |
| | United States District Court |
| | |
| Prepared By: | James E. Harris |
| | Attorney for Defendant |
| | Harris Law Firm |
| | Civic Center Executive Suites |
| | 1117 21st Street North |
| | Birmingham, Alabama 35234 |
| | Voice: (205) 322-5800 |
| | Fax: (205) 322-5829 |
| | Email: jehasoc@bellsouth.net |

| **Senior U.S. Probation Officer** | **Assistant U.S. Attorney** |
|---|---|
| Douglas Blair Gregory, Jr. | Michael W. Whisonant |
| 1729 Fifth Avenue North, Room 200 | Enid Elizabeth Dean |
| Birmingham, Alabama 35203 | 1801 Fourth Avenue North |
| Voice: (205) 278-2105 | Birmingham, Alabama 35203 |
| Fax: (205) 278-2125 | Voice: (205) 244-2001 |
| | Fax: (205) 244-2182 |
| | Email: mike.whisonant@usdoj.gov |
| | enid.dean@usdoj.gov |

Objections of Defendant Randall Garrett Cole to Presentence Report material information, sentencing classification, sentencing guidelines ranges.

Comes now Randall Garrett Cole and states his objections as follows:

1. Page 6, Paragraph 23 – This Defendant has no knowledge of any plan by the Free Militia or anyone else to scout and then "raid the Mexicans".

2. Page 6, Paragraph 24 – This Defendant has no knowledge of any rocket launcher and rockets.

3. Page 8, Paragraphs 32, 33, 34, 35 and 36 – All describe executed searches at co-defendants homes on April 26, 2007 and the finding by law enforcement of illegal shot guns, machine guns, pistols, grenades, grenade components, SKS rifles, explosive projectiles, silencers.  A search was also executed at Randy Cole's house and there were no weapons, hand grenades, literature on making any explosive devices or weapons.  No black powder or anything used to make explosive devices.  No. anti-semantic material or any type of contraband.  The only weapon was Mr. Robert Cole's, (Randy's dad), 22 Rifle that was unloaded under his bed.  This should be added as a paragraph to Randy Cole's PSI Report.

4. Page 9, Paragraph 44  Defendant objects to a plus 6 that he helped make 80 hand grenades and a silencer, Defendant welded eleven grenades and a silencer for a total of 12 and a +3, U.S.S.G. § 2K2.1(b)(3)(B)(c) Number of Firearms 8-12 increase 3.

5. Page 9, Paragraph 45 – Defendant did not **possess** a destructive devise.  Defendant objects to a +2 for this offense.  He did not plead to possessing a destructive devise.

6. Page 10, Paragraph 48 – Defendant would disagree and states that the evidence shows that he was a minimal participant and is entitled to a decrease of 4 levels.

7. Page 10, Paragraph 49 – Defendant objects to an enhancement for using a special skill.  Using welding equipment that he did not own, that was furnished by the government to weld some dummy grenades and a pipe that was called a silencer is not a special skill.  Defendant would argue that **anyone** using the government's equipment could've easily plugged the holes in the grenades and welded the washers to the pipe.  This did not require any **special** skill, Defendant objects to this 2 point enhancement.

8. Page 14, Paragraph 80 – Defendant objects to offense level of 25 and range of imprisonment of 57 to 71 months.  Level 14 and 15 to 21 months is the appropriate range with 15 months being the low end agreed upon in the plea agreement.

9. Page 16, Paragraph 90 – Defendant objects and states there are mitigating circumstances that warrant a downward departure.

    Respectfully submitted,

    _____
    s/ JAMES E. HARRIS
    BAR NO.: ASB-2694-S80J
    Attorney for Defendant Randall G. Cole

Of Counsel:
HARRIS LAW FIRM
Civic Center Executive Suites
1117 21st Street North
Birmingham, Alabama 35234
Voice: (205) 322-5800
Fax: (205) 322-5829
E-mail:  jehasoc@bellsouth.net