UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF ALABAMA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | **DEFENDANT'S** |
| ) | **AMENDED OBJECTION TO** |
| vs. ) | **PRESENTENCE REPORT** |
| ) | |
| RANDALL GARRETT COLE ) | |
| aka "Randy Cole" ) | Docket No.: 4:07-CR-145-UWC-RRA |
| ) | (05) |

Prepared For:  The Honorable U.W. Clemon
 United States District Court

Prepared By:  James E. Harris
 Attorney for Defendant
 Harris Law Firm
 Civic Center Executive Suites
 1117 21st Street North
 Birmingham, Alabama 35234
 Voice: (205) 322-5800
 Fax: (205) 322-5829
 Email: jehasoc@bellsouth.net

**Senior U.S. Probation Officer**
Douglas Blair Gregory, Jr.
1729 Fifth Avenue North, Room 200
Birmingham, Alabama 35203
Voice: (205) 278-2105
Fax: (205) 278-2125

**Assistant U.S. Attorney**
Michael W. Whisonant
Enid Elizabeth Dean
1801 Fourth Avenue North
Birmingham, Alabama 35203
Voice: (205) 244-2001
Fax: (205) 244-2182
Email: mike.whisonant@usdoj.gov
 enid.dean@usdoj.gov

Amended objection of Defendant Randall Garrett Cole to Presentence Report material information, sentencing classification, and sentencing guidelines ranges.

Comes now Randall Garrett Cole and states his objection as follows:

1. Page 7, Paragraph 29 – The entire April 13, 2007 meeting was recorded by TIM, the confidential informant. There were only three people present and they are identified by the confidential informant as himself, McElroy and Dillard a/k/a "Osborne". Cole was **not** present and had nothing to do with the hand grenades other than weld the holes on April 7, 2007. Cole would request that the recorded events of the April 13th be reviewed and this paragraph be deleted.

        Respectfully submitted,

        _____
        s/ JAMES E. HARRIS
        BAR NO.: ASB-2694-S80J
        Attorney for Defendant Randall G. Cole

Of Counsel:
HARRIS LAW FIRM
Civic Center Executive Suites
1117 21st Street North
Birmingham, Alabama 35234
Voice: (205) 322-5800
Fax: (205) 322-5829
E-mail: jehasoc@bellsouth.net

## CERTIFICATE OF SERVICE

    I hereby certify that on August 21, 2007, I electronically filed the foregoing pleading with the U.S. District Court Clerk using the CM/ECF system which will send notification of such filing to all parties involved.

        _____
        s/ JAMES E. HARRIS